UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62224-CIV-GAYLES/WHITE

OLADOTUN ORUKOTAN,

        Petitioner,

v.

JULIE JONES,

        Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 13]. Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 attacking his conviction and sentence entered in case number 071612-CF-10B in the Seventeenth Judicial Circuit Court of Broward County, Florida [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3]. Judge White's Report recommends that the Court deny the Petition and that no certificate of appealability be issued. Petitioner has failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection

is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has reviewed the Report, the record, and the applicable law. This Court finds no clear error with Judge White's well-reasoned analysis and agrees that the Petition must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report and Recommendation [ECF No. 13] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) the Petition [ECF No. 1] is **DENIED**;

(3) no certificate of appealability shall issue; and

(4) this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE